IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CARLOS ANDRES GONZALEZ            PETITIONER

VERSUS            CIVIL ACTION NO. 5:15-cv-9- KS-MTP

JEH CHARLES JOHNSON, ET AL            RESPONDENTS

## ORDER

THIS CAUSE IS BEFORE THE COURT on Report and Recommendation [12] filed by Judge Michael T. Parker. In the recommendation Judge Parker finds that the Petitioner for Habeas Corpus has been released and that there is no longer a case in controversy. The Court finds that the recommendation should be adopted as the opinion of the Court.

IT IS THEREFORE ORDERED that the Report and Recommendation be and the same is hereby adopted as the finding of this Court, and the Complaint filed herein is DISMISSED with prejudice.

SO ORDERED this the  8th  day of March, 2017.

                                         s/Keith Starrett
                                         UNITED STATES DISTRICT JUDGE